UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| No. | 2:20-cv-07117-ODW (PJWx) | Date | August 23, 2021 |
|---|---|---|---|
| Title | *Southern California Glaziers, Architectural Metal and Glass Workers Health and Welfare Trust et al. v. Pinnacle Installations, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**

Pursuant to the parties' Notice of Voluntary Dismissal (ECF No. 30) and Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) and 41(a)(1)(B), **IT IS HEREBY ORDERED** that:

1. The entire action and all claims asserted therein are hereby **DISMISSED WITHOUT PREJUDICE**; and

2. All dates and deadlines in this action are **VACATED** and taken off calendar.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

                                                    : 00

Initials of Preparer   SE